# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129611

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME OSCAR ATKINS,
      Defendant-Appellant.

SC: 129611
COA: 261579
Jackson CC: 01-006352-FH

_____/

On order of the Court, the application for leave to appeal the August 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v McCuller* (Docket No. 128161).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk

d0329